FILED

08/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0265



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA-23-0265

| | |
|---|---|
| SHAWNA L. JOHNSON, | ) |
| | ) |
|     Petitioner and Appellant, | ) |
|   vs. | ) |
| | ) |
| MALACHI JOHNSON, | ) |
|     Respondent and Appellee. | ) |
| | ) |

## ORDER FOR EXTENSION OF TIME

**ON APPEAL FROM THE DISTRICT COURT
FOURTH JUDICIAL DISTRICT OF
THE STATE OF MONTANA, MISSOULA COUNTY
Honorable Leslie Halligan, Presiding**

_____

WHEREAS, the Respondent/Appellee by and through counsel of record has filed an Unopposed Motion for a 30 day extension of time to file the Appellee's response and good cause appearing therefrom:

IT IS ORDERED, the Appellee's Motion is GRANTED and Appellee shall have an additional 30 (thirty) days from the prior Response Brief deadline to file the Appellee's opening brief.